

USDC- BALTIMORE
'23 SEP 25 PM 3:54

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Korry Haze
Street Address: 412 Secluded Post Circle APT C
City and County: Glen Burnie, MD
State and Zip Code: MD, 21061
Telephone Number: 443-534-0750
E-mail Address: hazet28@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: CarMax
Job or Title (if known): Corporation
Street Address: 8800 Freestate Rd.
City and County: Laurel, Howard County
State and Zip Code: MD
Telephone Number: 1-800-CARMAX
E-mail Address (if known): unknown

2

Defendant No. 2

    Name                  _____

    Job or Title (if known)   _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number     _____

    E-mail Address (if known)   _____

Defendant No. 3

    Name                  _____

    Job or Title (if known)   _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number     _____

    E-mail Address (if known)   _____

Defendant No. 4

    Name                  _____

    Job or Title (if known)   _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number     _____

    E-mail Address (if known)   _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimanation, harrassment, Retalation

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* **CarMax**, is incorporated under the laws of the State of *(name)* **Maryland**, and has its principal place of business in the State of *(name)* **Maryland**. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* **Laurel MD**.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   **Needs legal advice**

5

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

~~On or about Feb 13th three co-worker~~

I was fired because of three co-worker made a compliant of me harressing a young lady who was also a co-worker Erica Goode. I listen as Matt made up the story to Arion and Jennifer but didn't know they were talking about me. They made up the story because they were next to get a position in Fleet. In ~~March~~ Feb there was an investigation done on Erica. She came to me a warn me that they may come to me. She explained to me ~~they~~ she told them nothing happen. As Erica and I kept talking still today. At this time I was still training on the truck for Home delivery. I had some issue of co work on my team harressing me which I talk to the manager Brad about. In March I was due to be relift to drive on my own. Instead I was investigated on an harressment charge on Erica. The next few days they took me off the truck and had me at the gate working. I called Erica and we wait to see what was going on. Then that Thursday they call me to the office and told me I was fired for disrepect to an associate. I was discriminated against, harresed, retaliated still having workmen comp cases open. Violated because my training was over and would be released to drive on my own. The girl they accused me of. We still talk today and the two Guy Arion and Matt was promoted to drive and now driving Home Delivery.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Im requesting punitive damage because of the harressment I took and the mental stress I'm induring trying to get back on my feet. The finional sistatation it put me in. The burden that it placed on my life mentfully.


V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/25/2023

Signature of Plaintiff

Printed Name of Plaintiff  Larry Haze

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____